# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DANIEL JOHNSON,<br><br>      Petitioner<br><br>      v.<br><br>VALERIE L. WEBER AND RAYMOND E. WEBER,<br><br>      Respondent | No. 253 WAL 2020<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| DANIEL JOHNSON,<br><br>      Petitioner<br><br>      v.<br><br>VALERIE L. WEBER AND RAYMOND E. WEBER,<br><br>      Respondents | No. 254 WAL 2020<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.